NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DAVID LaPANNE,                        )
                                      )
            Appellant,                )
                                      )
v.                                    )        Case No. 2D18-1704
                                      )
STATE OF FLORIDA,                     )
                                      )
            Appellee.                 )
_____)

Opinion filed November 30, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Polk County; William D. Sites,
Judge.

PER CURIAM.

            Affirmed.  See State v. Brooks, 890 So. 2d 503 (Fla. 2d DCA 2005);

Sirmons v. State, 775 So. 2d 389 (Fla. 2d DCA 2000); State v. Gutierrez, 10 So. 3d 158

(Fla. 3d DCA 2009).

KHOUZAM, MORRIS, and LUCAS, JJ., Concur.